FILED 20 JAN '12 14:10 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| AZZEDINE FAIDY, | ) |
|     Petitioner, | ) Civil No. 11-262-JO |
| v. | ) |
| JEFF ~~PREMO~~ THOMAS, Warden, FCI Sheridan, GN | ) ORDER TO DISMISS |
|     Respondent. | ) |

JONES, District Judge.

Petitioner, proceeding *pro se* in this habeas corpus action filed pursuant to 28 U.S.C. § 2241, moves to voluntarily dismiss this action as moot. Respondent has not been served in this case. Accordingly, petitioner's Motion to Voluntarily Dismiss [13] is GRANTED.

IT IS SO ORDERED.

DATED this 20st day of January, 2012.

                                          /s/ Robert E. Jones
                                          Robert E. Jones
                                          United States District Judge

1 - ORDER TO DISMISS